IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01865-RPM

UNIVERSAL AM-CAN, LTD.,

    Plaintiff,
v.

FRONTIER DRILLING LLC,

    Defendant.

_____

### ORDER DENYING MOTION TO DISMISS COUNTERCLAIMS
_____

    Upon consideration of the relevant pleadings, it is

    ORDERED that the motion to dismiss the counterclaims of defendant alleged in the first amended counterclaims [Doc. 11] is denied.

    DATED:   February 4th, 2016

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior Judge